FILED

12/06/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0565

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0565

TAMMY M. BOUDETTE, n/k/a OSKERSON,

Plaintiff and Appellee,

v,

DANIEL BOUDETTE,

Defendant and Appellant.

FILED

DEC 05 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Upon consideration of Appellant's motion for extension of time to file his opening brief,

IT IS ORDERED the Appellant's opening brief shall be filed on or before January 9, 2023.

No further extensions will be granted unless Appellant notifies the Court as to the reason for the extension and whether there is an objection to the motion.

DATED this 5 day of December, 2022.

For the Court,

_____
Chief Justice